United States District Court
Southern District of Texas
**ENTERED**
November 22, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| MICHELLE ROMAK, *et al.*, | § | |
| | § | |
| Plaintiffs, | § | |
| v. | § | CIVIL ACTION NO. H-25-4042 |
| | § | |
| SHELL USA INC., *et al.*, | § | |
| | § | |
| Defendants. | § | |

**SECOND AMENDED SCHEDULING AND
DOCKET CONTROL ORDER**[1]

The disposition of this case will be controlled by the following amended schedule:

| | | |
|---|---|---|
| 1. | N/A | **MOTIONS TO ADD NEW PARTIES**<br>The attorney causing the addition of new parties will provide copies of this Order to new parties. |
| 2. | N/A | **MOTIONS FOR LEAVE TO AMEND PLEADINGS**<br>Parties filing motions for leave to amend pleadings must show good cause. |
| 3. | | **EXPERTS ON MATTERS OTHER THAN ATTORNEY'S FEES** |
| | N/A | The plaintiff (or the party with the burden of proof on an issue) will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
| | N/A | The opposing party will designate expert witnesses in writing and provide the report required by Rule 26(a)(2) of the Federal Rules of Civil Procedure. |
| 4. | N/A | **MEDIATION**<br>Mediation or other form of dispute resolution must be completed by this deadline. |
| 5. | | **COMPLETION OF DISCOVERY** |
| | March 1, 2027 | Discovery must be completed by this date. |

[1] The joint motion for an extension, (Docket Entry No. 55), is granted.

6. March 30, 2027 — **PRETRIAL DISPOSITIVE MOTIONS DEADLINE**
   No motion may be filed after this date except for good cause.

7. June 1, 2027 — **JOINT PRETRIAL ORDER AND MOTION IN LIMINE DEADLINE**
   The Joint Pretrial Order will contain the pretrial disclosures required by Rule 26(a)(3) of the Federal Rules of Civil Procedure. Plaintiff is responsible for timely filing the complete Joint Pretrial Order. Failure to file a Joint Pretrial Order timely may lead to dismissal or other sanction in accordance with the applicable rules.

8. June 7, 2027 — **DOCKET CALL**
   Docket Call will be held at 2:00 p.m. in Courtroom 11D, United States Courthouse, 515 Rusk, Houston, Texas. No documents filed within 7 days of the Docket Call will be considered. Pending motions may be ruled on at docket call, and the case will be set for trial as close to the docket call as practicable.

Any party wishing to make any discovery motions should arrange for a pre-motion conference with the court before the preparation and submission of any motion papers. That includes a motion to compel, to quash, or for protection. Email Ms. Glenda Hassan at Glenda_Hassan@txs.uscourts.gov or fax her at 713-250-5213 to arrange for a pre-motion conference. Notify your adversary of the date and time for the conference.

The parties agree to submit attorney's fees issues to the court by affidavit after liability and damages are resolved.

SIGNED on November 21, 2026, at Houston, Texas.

Lee H. Rosenthal
Senior United States District Judge